IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL YOUNG,

    Plaintiff,

v.

THE JEFFERSON BUS LINES, CHARLES ZELLE AND JANE DOE,

    Defendants.

ORDER

Case No. 14-cv-584-wmc

---

MICHAEL YOUNG,

    Plaintiff,

v.

THE CITY OF EAU CLAIRE WISCONSIN BUS TRANSIT AND WIL [LAST NAME UNKNOWN],

    Defendants.

ORDER

Case No. 14-cv-585-wmc

---

Plaintiff Michael Young has filed two proposed civil complaints and requests leave to proceed without prepayment of the filing fee in each of the above-referenced cases. He supports his request with an affidavit of indigency. The standard for determining whether plaintiff qualifies for indigent status is the following:

- From plaintiff's annual gross income, the court subtracts $3,700 for each dependent excluding the plaintiff.

- If the balance is less than $16,000, the plaintiff may proceed without any prepayment of fees and costs.

- If the balance is greater than $16,000 but less than $32,000, the plaintiff must prepay half the fees and costs.

- If the balance is greater than $32,000, the plaintiff must prepay all fees and costs.

- Substantial assets or debts require individual consideration.

In this case, plaintiff is unemployed and has no assets. Plaintiff receives $770 per month from Social Security Disability and $167 per month from State Social Security Insurance, or $11,244 annually. Additionally, plaintiff reports that he supports two minor dependents. The court subtracted $3,700 for each dependent from plaintiff's annual income leaving a balance of $3,844. Accordingly, plaintiff may proceed without any prepayment of fees or costs.

ORDER

IT IS ORDERED that:

1. The motions filed by plaintiff Michael Young for leave to proceed without prepayment of fees (Dkt. # 2) in case nos. 14-cv-584-wmc and 14-cv-585-wmc are GRANTED.

2. No further action will be taken in these cases until the court has screened the complaints pursuant to 28 U.S.C. § 1915 to determine whether these cases must be dismissed because the complaints are frivolous or malicious, fails to state a claim on which

relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue.

Entered this 25th day of August, 2014.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge