IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL YOUNG,

    Plaintiff,

v.

THE JEFERSON BUS LINES, CHARLES ZELLE AND JANE DOE,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No.  14-cv-584-wmc

This action came before the court for consideration with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing plaintiff Michael Young's complaint for failure to state a claim.

/s/

Peter Oppeneer, Clerk of Court

November 5, 2014

Date